[No. 61331-6-I.   Division One.   April 20, 2009.]

MARK KOMEN ET AL., *Appellants*, v. RONALD CARR ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-07822-3, Ellen J. Fair, J., entered February 21, 2008. *Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer, A.C.J., and Cox, J.

[No. 61790-7-I.   Division One.   April 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD LOREN GRABNER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-1-00165-7, Ellen J. Fair, J., entered June 2, 2008. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Appelwick and Leach, JJ.

[No. 61838-5-I.   Division One.   April 20, 2009.]

GARY FELT, *Appellant*, v. THE CITY OF BELLEVUE ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-37650-0, Paris K. Kallas, J., entered May 30, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Appelwick and Lau, JJ.

[No. 61938-1-I.   Division One.   April 20, 2009.]

*In the Matter of the Marriage of* PRISCILLA PERRY-ZAPARA, *Respondent*, and JACK S. ZAPARA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-3-01125-0, Eric Z. Lucas, J., entered June 6, 2008. *Affirmed* by unpublished opinion per Leach, J., concurred in by Cox and Lau, JJ.